IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HONEYCUTT PROPERTIES, | ) | |
| | ) | 2:08-cv-02086-GEB-GGH |
| Plaintiff, | ) | |
| | ) | <u>ORDER RE: SETTLEMENT</u> |
| v. | ) | <u>AND DISPOSITION</u> |
| | ) | |
| ROBERT C. BENBROOK; TIMOTHY S. BENBROOK, | ) | |
| | ) | |
| Defendants. | ) | |

On February 19, 2009, the parties filed a Notice of Settlement in which they state they "have executed a Stipulation for Settlement which resolves all claims in this action [and that they] are currently finalizing additional paperwork related to this settlement, and will thereafter file a joint stipulation for dismissal with prejudice..."   Therefore, a dispositional document shall be filed no later than March 11, 2009.

Dated:  February 25, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1