IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HONEYCUTT PROPERTIES,)
)  02:08-cv-02086-GEB-GGH
        Plaintiff, )
) ORDER
  v. )
)
ROBERT C. BENBROOK; and, )
TIMOTHY S. BENBROOK, )
)
        Defendants. )

      The "Order Re: Settlement and Disposition" filed on February 25, 2009, is vacated since the parties appear to dispute whether they have settled this action.

Dated: March 19, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge